537 A.2d 811

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**David G. BUCKNO, Appellant.**

Supreme Court of Pennsylvania.

Argued Jan. 22, 1988.

Decided Feb. 25, 1988.

Richard J. Orloski, Allentown, for appellant.

Emil Kantra, Allentown, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, McDERMOTT, ZAPPALA and PAPADAKOS, JJ.

## ORDER

PER CURIAM.

Appeal dismissed as having been improvidently granted.

ZAPPALA, J., dissents and would reach the merits.